IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE C. MIGNERON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K-MART, INC.,<br><br>　　　　Defendant<br>_____ / | No. 07-0704 MMC<br><br>**ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED** |

　　　　Before the Court is defendant's Notice of Removal, filed February 2, 2007, in which defendant asserts the federal district court has diversity jurisdiction under 28 U.S.C. § 1332(a). In support of the jurisdictional amount, defendant, relying wholly on the allegations of plaintiff's complaint, asserts the matter in controversy exceeds the sum of $75,000. The complaint does not, however, include allegations from which the Court can conclude plaintiff's claim is in excess of $75,000. As a consequence, defendant fails to make the requisite showing that the amount in controversy exceeds $75,000.

　　　　Accordingly, no later than March 6, 2007, defendant shall show cause in writing why the action should not be remanded. Plaintiff, no later than March 13, 2007, may file a reply to defendant's response to this Order.

　　　　As of March 13, 2007, the Court will take the matter under submission.

　　　　**IT IS SO ORDERED.**

Dated: February 20, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge