IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE C. MIGNERON, | No. C 07-0704 MMC |
| Plaintiff, | **ORDER REMANDING ACTION** |
| v. | |
| K-MART, INC., | |
| Defendant / | |

By order filed February 20, 2007, the Court ordered defendant to show cause in writing, no later than March 6, 2007, why the instant action should not be remanded for lack of subject matter jurisdiction. To date, defendant has failed to file any response to the order to show cause.

Accordingly, for the reasons set forth in the Court's order filed February 20, 2007, the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Sonoma.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 8, 2007

MAXINE M. CHESNEY
United States District Judge